UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAURA GRESHAM, | |
| Plaintiff, | 5:10-CV-114 |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| DIVERSIFIED CONSULTANTS | |
| Defendant. | |

LAURA GRESHAM ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against DIVERSIFIED CONSULTANTS, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

6. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

7. Plaintiff is a natural person residing in Warner Robins, Houston County, Georgia.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company located in Jacksonville, Florida.

11. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt owed on a phone bill owed to T-Mobile.

13. Defendant placed as many as three (3) collection calls to Plaintiff in a single day, seeking and demanding payment for an alleged consumer debt.

14. Defendant failed to properly identify itself when placing collection calls by calling from unknown and unavailable phone numbers.

15. Defendant used rude and abusive language while seeking and demanding payment. Specifically, Defendant stated "I'm looking at your credit report right now, it looks like you don't care about your credit."

16. Defendant contacted Plaintiff's son on his cell phone.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(a)(1) of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

    b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    c. Defendant violated §1692d(2) of the FDCPA by using rude and abusive language while attempting to collect the alleged debt.

    d. Defendant violated §1692d(5) of the FDCPA by causing the phone to ring and engaging Plaintiff in telephone conversations repeatedly.

    e. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without disclosing his/her identity.

    f. Defendant violated §1692e of the FDCPA by making false, deceptive, and misleading representations in connection with debt collection.

    g. Defendant violated §1692e(10) of the FDCPA using false representations and/or deceptive means in an attempt to collect a debt.

    h. Defendant violated §1692e(11) of the FDCPA by failing to state in every communication that the communication was from a debt collector.

WHEREFORE, Plaintiff, LAURA GRESHAM, respectfully requests judgment be entered against Defendant, DIVERSIFIED CONSULTANTS, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Actual damages,

21.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

22.     Any other relief that this Honorable Court deems appropriate.

DATED: March 11, 2010

RESPECTFULLY SUBMITTED,

By: _____
Alex Simanovsky, Esq.
Attorney for Plaintiff
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345

Of Counsel
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LAURA GRESHAM, demands a jury trial.